Stephen R. Buckingham
Ryan J. Cooper
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
Attorneys for Defendant Comodo Holdings Limited

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATOR LIMITED,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMODO HOLDINGS LIMITED,<br><br>                    Defendant. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 2:12-3083-DMC-JAD<br><br>NOTICE OF APPEARANCE OF RYAN J. COOPER ON BEHALF OF DEFENDANT |

**PLEASE TAKE NOTICE** that Defendant Comodo Holdings Limited ("Comodo"), is represented by the firm Lowenstein Sandler PC.  Ryan J. Cooper is an Associate at Lowenstein Sandler PC, and is working on this matter on behalf of Comodo. Mr. Cooper is admitted to practice law in the United States District Court for the District of New Jersey, and is registered on the Court's CM/ECF system.  Accordingly, Comodo respectfully requests that any Notices of Electronic Filing in this case be sent to Mr. Cooper at the following address: rcooper@lowenstein.com.

-2-

Dated:  September 13, 2012                    Respectfully submitted,

  s/ Ryan J. Cooper
Ryan J. Cooper
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 (Fax)
Attorneys for Defendant Comodo Holdings Limited

## CERTIFICATION OF SERVICE

I, **Ryan J. Cooper**, of full age, do hereby certify that on September 13, 2012, I caused a true and correct copy of Comodo Holdings Limited's Notice of Appearance of Ryan J. Cooper on Behalf of Defendant, along with this Certification of Service, to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: September 13, 2012

                                                        s/ Ryan J. Cooper
                                                        Ryan J. Cooper, Esq.